UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No. 07-cr-67-01-SM

<u>Warren Butler</u>

<u>O R D E R</u>

Defendant Butler's motion to continue the final pretrial conference and trial is granted (document 35). Trial has been rescheduled for the September 2007 trial period. Defendant Butler shall file a waiver of speedy trial rights not later than July 9, 2007. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** August 27, 2007 at 1:30 p.m.

**Jury Selection**: September 5, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June   26, 2007

cc:   Michael R. Smith, Esq.
      Alfred Rubega, AUSA
      US Probation
      US Marshal