UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                            Criminal No. 07-cr-67-01-SM

<u>Warren Butler</u>

**ORDER OF RECUSAL**

As I own stock in Bank of America, a corporation that would be entitled to restitution from the defendant, I am required to, and hereby do recuse myself from presiding over this case. <u>See</u> 28 U.S.C. § 455(b)(4).

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 7, 2007

cc:  Alfred J. T. Rubega, Esq.
     Michael R. Smith, Esq.
     U.S. Probation
     U.S. Marshal